IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 17 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS<br><br>PLAINTIFF<br><br>VS.<br><br>AMERICAN MANAGEMENT SYSTEMS, INCORPORATED, a Delaware Corporation; CACI INTERNATIONAL, INC., a Delaware Corporation; and<br><br>DEFENDANTS | Civil Action 4:04CV00990 GTE |

## ORDER

The United States having declined to intervene in part of this action as to American Management Systems, Inc. (AMS) and CACI International, Inc. (CACI) pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. The relators' redacted complaint as to defendant's CACI and AMS, and this Order be unsealed;

2.. all other papers or Orders on file in this matter shall remain under seal until further order of this Court;

3. the seal be lifted on all other matters occurring in this action after the date of this Order;

4. as to the part of the relators' action against CACI and AMS in which the United States

has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the relators or the defendant propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 17th day of April, 2007.

United States District Judge