FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 24 2007

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>AMERICAN MANAGEMENT SYSTEMS, )<br>INCORPORATED, a Delaware Corporation; CACI )<br>INTERNATIONAL INC., a Delaware corporation; )<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )<br>)<br>)<br>Defendants. ) | Case No. 4-04 CV0000990GTE,<br>**CONSOLIDATED with Case**<br>**No. 4-04 CV0000984WRW**<br><br>STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE AND<br>[PROPOSED] ORDER |

**STIPULATION AND PROPOSED ORDER RE DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS AMERICAN MANAGEMENT SYSTEMS, INCORPORATED
AND CACI INTERNATIONAL, INC.**

WHEREAS, the *qui tam* plaintiffs Norman Rille and Neal Roberts ("*qui tam* plaintiffs") have requested dismissal without prejudice of defendants American Management Systems Incorporated and CACI International, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1) from the *qui tam* plaintiffs' complaint, *The United States of America,* ex rel. *Norman Reille and Neal Roberts, v. American Management Systems, Incorporated, et al.*, United States District Court, Eastern District of Arkansas, Case No. 4-04 CV0000990GTE, consolidated with Case No. 4-04 CV0000984WRW ("Complaint"); and

WHEREAS, the United States of America ("United States") may agree to intervene in this action, but such intervention does not extend to defendants American Management Systems Incorporated and CACI International, Inc.; and

WHEREAS, the United States accordingly consents to the dismissal without prejudice of defendants American Management Systems Incorporated and CACI International, Inc.;

IT IS HEREBY STIPULATED AND AGREED, by and between the *qui tam* plaintiffs and the United States, by and through their undersigned attorneys, that defendants American Management Systems Incorporated and CACI International, Inc. are dismissed without prejudice from the *qui tam* plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

J. TIMOTHY GRIFFIN
United States Attorney
DAN STRIPLING
Assistant United States Attorney

Dated: April 24, 2007

JOYCE BRANDA
DONALD J. WILLIAMSON
Attorneys, Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 2044
Tel: (202) 514-7900

Dated: April 24, 2007

STEPHEN ENGSTROM
Counsel for *Qui Tam* Plaintiffs
Norman Rille and Neal Roberts

## [PROPOSED] ORDER

After consideration of the Stipulation of Dismissal Without Prejudice of the United States and the *qui tam* plaintiffs, and good cause appearing therefor,

Defendant American Management Systems Incorporated and defendant CACl International, Inc. are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) from the *qui tam* plaintiffs' complaint, *The United States of America,* ex rel. *Norman Reille and Neal Roberts, v. American Management Systems, Incorporated, et al.*, United States District Court, Eastern District of Arkansas, Case No. 4-04 CV0000990GTE, consolidated with Case No. 4-04 CV0000984WRW.

IT IS SO ORDERED.


Dated: _____          _____
                                  UNITED STATES DISTRICT JUDGE