**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br><br>　　　　　　Plaintiff, <br>　vs. <br><br>ACCENTURE LLP, an Illinois limited liability partnership; ACCENTURE LTD., a Bermuda Corporation; <br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. 4:04CV00985-WRW <br><br>ORDER RE SEVERANCE, TRANSFER AND CONSOLIDATION |

## ORDER RE SEVERANCE, TRANSFER AND CONSOLIDATION

On joint motion and assent of the United States of America, Plaintiff/Relators, Accenture Defendants, and [UNDER SEAL] Defendant, requesting severance of [UNDER SEAL] Defendant from Case No. 4:04 CV0000985 WRW and transferring [UNDER SEAL] Defendant to, and consolidating [UNDER SEAL] Defendant for all purposes with, *The United States of America, ex rel. Norm Rille and Neal Roberts v. [UNDER SEAL]*, Case No. 4:04 CV0000990 WRW.

A copy of this Order shall be filed in Case No. 4:04CV00990-WRW.

IT IS SO ORDERED this 9th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE