

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
ex rel. NORMAN RILLE AND NEAL
ROBERTS,

        Plaintiff,

v.

NCR CORPORATION,

        Defendant.

Civil Action 4-04-cv-000990 (BRW)

## JOINT MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY

Pursuant to 28 U.S.C. § 2041 and Local Rule 67.1(a) and (b), NCR Corporation and Teradata Corporation ("Defendants") and Relators Norman Rille and Neal Roberts ("Relators") (collectively, "Parties") jointly move this Court for an Order authorizing Defendants to deposit funds in the amount of $443,223.00 into the Court Registry. We incorporate the Memorandum that is filed contemporaneously with this Motion and, for the reasons stated therein, the Parties respectfully request that this Court grant their Motion to Deposit Funds Into the Court Registry.

April 9, 2013

Respectfully submitted,

/s/ Frederic M. Levy
Frederic M. Levy (D.C. Bar No. 253567)
    flevy@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC  20006
Tel:  (202) 496-7500
Fax:  (202) 496-7756

*Counsel for Defendants NCR Corporation and Teradata Corporation*

/s/ Ryan S. Mauck

Ryan S. Mauck (Cal. Bar No. 223173)
    mauck@jmbm.com
Jeffer Mangels Butler & Mitchell LLP
900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080

*Counsel for Relators Norman Rille and Neal Roberts*

## CERTIFICATE OF SERVICE

We certify that on April 9, 2013, the individuals listed below were served by e-mail with the Joint Motion to Deposit Funds into the Court Registry and the proposed Order.

Ryan S. Mauck, Esq., RXM@JMBM.com

Stanley M. Gibson, Esq., SMG@JMBM.com

Shannon S. Smith, Esq., Shannon.Smith@usdoj.gov

April 9, 2013

Respectfully submitted,

/s/ Frederic M. Levy
Frederic M. Levy (D.C. Bar No. 253567)
   flevy@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC  20006
Tel:  (202) 496-7500
Fax:  (202) 496-7756

*Counsel for Defendants NCR Corporation and Teradata Corporation*

/s/ Ryan S. Mauck

Ryan S. Mauck (Cal. Bar No. 223173)
   mauck@jmbm.com
Jeffer Mangels Butler & Mitchell LLP
900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 203-8080

*Counsel for Relators Norman Rille and Neal Roberts*