IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA ex rel.**                                           **PLAINTIFFS**
**NORMAN RILLE AND NEAL ROBERTS**

VS.                                    4:04-CV-00990-BRW

**NCR CORPORATION**                                                                **DEFENDANT**

## ORDER

Pending is a Joint Motion to Deposit Funds into the Court Registry (Doc. No. 119).

NCR Corporation ("NCR") and Teradata Corporation ("Teradata") are prepared to pay statutory fees and costs to Relators Norman Rille and Neal Roberts pursuant to the parties' settlement agreement of this Civil Action captioned *United States ex rel. Norman Rille and Neal Roberts v. NCR Corporation*, 4-04-cv-000990 (BRW) ("Civil Action").

Relators are currently involved in a legal dispute with their former counsel, the law firm of Packard, Packard & Johnson, P.C. ("PPJ"), who was relieved as counsel for the Relators on June 15, 2011,[1] and an arbitration between the parties is now pending in Los Angeles County, California. On May 20, 2011, PPJ filed a Notice of Attorneys' Lien on the Funds, which NCR and Teradata received on May 25, 2011. Pursuant to the Notice of Attorneys' Lien, PPJ claimed an interest in the statutory fees and costs that NCR and Teradata agreed to pay the Relators as a result of the Civil Action.

Due to PPJ's Lien, NCR and Teradata therefore request, and Relators do not oppose,[2] that the statutory fees and costs be lodged with the Court pending final resolution of the lawsuit. This request is granted.

---

[1] Doc. No. 102.

[2] Doc. No. 121.

1

NCR and Teradata are directed to deposit all statutory fees and costs, less those for local counsel in the amount of $34,237.05, into the Court's registry. The Clerk of the Court is directed to deposit the money into an interest bearing account pending further orders of the Court. Local counsel should be paid promptly by NCR and Teradata.  The funds deposited into the Court's registry may be released following the conclusion of the California case.

IT IS SO ORDERED this 26th day of April, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE