IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE UNITED STATES OF AMERICA,                                  PLAINTIFFS
ex rel. NORMAN RILLE and NEAL
ROBERTS

VS.                                4:04-CV-00990-BRW

NCR CORPORATION                                               DEFENDANT

## ORDER

Based on the parties' stipulation, the United States is hereby ordered to release to Relators (a) the sum of $8,790,000, now held by the United States from the *qui tam* award in *United States ex rel. Norman Rille and Neal Roberts v. Hewlett Packard Company*, Case No. 4:04-CV-00989-BRW, and (b) the sum of $572,994, now held by the United States as *qui tam* award in *United States ex rel. Norman Rille and Neal Roberts v. NCR Corporation*, Case No. 4:04-CV-00990-BRW, for a total sum of $9,362,994.

The United States must release the funds within 10 days of this Order, and must be made to c/o Mayer Brown LLP Client Trust Account, for the benefit of Neal Roberts and Norman Rille via wire transfer to:

         Bank of America
         231 South LaSalle Street
         Chicago, Illinion 60697
         Bank ABA No.: 026-009-593; Swift Code (Int'l Wires Only): BOFA US 3N
         Account No.: 00000-59-29059
         Account Name: Mayer Brown LLP
         Reference Information: Matter No. 10423708; Attn: Neil M. Soltman, Exy.

IT IS SO ORDERED this 14th day of November, 2013.

                                                  /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE