IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE UNITED STATES OF AMERICA,                                      PLAINTIFFS
*ex rel.* NORMAN RILLE and
NEAL ROBERTS

VS.                                4:04-CV-00990-BRW

NCR CORPORATION                                                    DEFENDANT

## ORDER

Relators' Motion to Release Funds Held in Court Registry (Doc. No. 128) is GRANTED.

Accordingly, the Clerk of the Court is directed to disburse, by wire transfer, the funds held in the Registry in this action as follows:

Bank of America
135 S. LaSalle Street
Chicago, Illinois 60604
Bank ABA No.: 026-009-593
Account No.: 00000-59-29059
Account Name: Mayer Brown LLP, Client Trust Account, IOLTA
Attn: Mr. Neil M. Soltman

IT IS SO ORDERED this 4th day of August, 2016.

    /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE